| | |
|---|---|
| 1 | Gregory Dovel (SBN 135,387) |
| 2 | greg@dovel.com |
|   | Richard Lyon (SBN 229,288) |
| 3 | rick@dovel.com |
| 4 | DOVEL & LUNER, LLP |
|   | 201 Santa Monica Blvd., Suite 600 |
| 5 | Santa Monica, CA  90401 |
| 6 | Phone: (310) 656-7066 |
| 7 | Attorneys for Plaintiff |
| 8 | NETWORK-1 TECHNOLOGIES, INC. |
| 9 | Douglas G. Muehlhauser (SBN 179,495) |
| 10 | doug.muehlhauser@knobbe.com |
|    | Payson J. LeMeilleur (SBN 205,690) |
| 11 | payson.lemeilleur@knobbe.com |
| 12 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|    | 2040 Main Street |
| 13 | Fourteenth Floor |
| 14 | Irvine, CA  92614 |
|    | Phone: (949) 760-0404 |
| 15 | Facsimile: (949) 760-9502 |
| 16 | |
| 17 | Attorneys for Defendant ANTAIRA TECHNOLOGIES, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | ) Civil Action No. |
|                                 | ) 8:22-cv-02039-CJC-JDE |
| Plaintiff,                      | ) |
|                                 | ) **PROPOSED ORDER** |
| v.                              | ) **GRANTING STIPULATED** |
|                                 | ) **DISMISSAL WITH** |
| ANTAIRA TECHNOLOGIES, LLC,      | ) **PREJUDICE** |
|                                 | ) |
| Defendant.                      | ) Honorable Cormac J. Carney |
|                                 | ) |

Upon consideration of the parties' Stipulated Dismissal with Prejudice,

IT IS HEREBY ORDERED that the stipulation is GRANTED.

Each party shall bear its own costs and expenses, including attorneys' fees. This Court shall retain jurisdiction over this matter for the purpose of adjudicating or ruling on any disputes arising out of the agreement in resolution of this matter.

Dated: _____
Hon. Cormac J. Carney
United States District Court Judge

-1-